**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JEFFREY L. WALBY,**

**Plaintiff,**

vs.

**Court File No. 00-2097 RHK/SRN**

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

**Defendant.**

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the parties to this action, themselves and/or their respective counsel, that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated: 11-16, 2000

Jeffrey L. Walby - PRO SE
Plaintiff

Dated: 11-16, 2000

John Harper III
Attorney for Defendant
State Bar No. 41397

FILED NOV 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## ORDER

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that all claims and causes of action asserted by any of the parties to this lawsuit may be dismissed with prejudice and without costs to any party and without further notice.

Dated this 21st day of November, 2000.

**BY THE COURT:**

**Judge of U.S. District Court**

G:\WPDATA\U\UNUMPROVIDENT\23-WALBY\PLDGS\STIP OF DISMISSAL.DOC